IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CIV S-99-814-DFL-JFM-PS |
| ) | |
| Plaintiff, ) | **ORDER GRANTING NOTICE OF** |
| ) | **RENEWAL OF JUDGMENT LIEN** |
| v. ) | |
| ) | |
| DAVID WARREN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### NOTICE OF RENEWAL AND ORDER

Notice is hereby given that the abstract of judgment filed in this case on December 30, 2013 in accordance with 28 U.S.C. § 3201(a), in favor of the United States and against David Warren in the sum of $392,926.25 plus accruals and statutory interest, is hereby renewed for an additional twenty years.

**IT IS SO ORDERED**

DATED: January 4, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE